# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| 12L, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) No. 2:18-cv-02350-TLP-cgc |
| v. | ) |
| | ) |
| OCCUPANT, KERRI ANN HUGHES, | ) |
| | ) |
|     Defendants. | ) |
| | ) |
| | ) |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION, DENYING DEFENDANT'S MOTION TO AMEND, AND REMANDING THIS ACTION TO THE SHELBY COUNTY COURT OF GENERAL SESSIONS

This action comes before the Court on Defendant's Notice of Removal, filed on May 22, 2018. (ECF No. 1.) Presently, before the Court is a Report and Recommendation ("R&R") issued by Magistrate Judge Charmiane Claxton. (ECF No. 14.) The R&R recommends that Defendant's Motion to Amend be denied and that this action be remanded to state court for lack of subject-matter jurisdiction. (*Id*. at PageID 124–25.)

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Defendant did not object to the R&R, and the time for filing objections expired on July 17, 2018. *See* Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P.

72(b) advisory committee note. After reviewing the R&R, the Court finds no clear error. So the Court ADOPTS the Report and Recommendation, DENIES Defendant's Motion to Amend, and REMANDS this action to the Shelby County, Tennessee, Court of General Sessions.

**SO ORDERED**, this 26th day of July, 2018.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE